| AO 10<br>Rev. 1/2021 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2020** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Browning, James O. | 2. Court or Organization<br><br>U.S.D.C. for District of NM | 3. Date of Report<br><br>05/11/2021 |
|---|---|---|
| 4. **Title** (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | 6. **Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| 7. **Chambers or Office Address**<br><br>333 Lomas Blvd NW Suite 660<br>Albuquerque, NM 87102 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Christian Scholarship Foundation |
| 2. Director | H. Verle Payne American Inn of the Court |
| 3. Past-President and Director | World Affairs Council of Albuquerque |
| 4. Board Member, On Members Committee | Federal Judges Association |
| 5. Director, Shareholder and Officer | ▨ Corporation |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Browning, James O.** | 05/11/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Emory University School of Law | October 19-21, 2018 | Atlanta, GA | Preside over Moot Court Competition | Transportation, hotel, car rental, parking, meals, tips paid. See Additional Information in Part VIII. |
| 2. | Tarleton State University School of Criminology and the Federal Bar Association | October 17-18, 2019 | Fort Worth, TX | Consent Decree Conference: Police Reform and Beyond | Transportation, hotel, meals, tips paid. See additional Information in Part VIII |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Browning, James O.** | 05/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank, NA | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Vermejo Property Investment Company (H) | | | | | | | | | |
| 2.   --Dartmouth Street, LLC (H) | | | | | | | | | |
| 3.   ----NM Bank & Trust Checking/Savings | | None | N | T | | | | | |
| 4.   ----Vacant land #2, Albuquerque, NM (2006, $391,757) | | None | | | Sold | 08/06/20 | N | G | Avatar Recoveries, LLC |
| 5.   ----Note-Avatar Recoveries, LLC | A | Interest | L | T | Open | 08/06/20 | L | | |
| 6.   ----Rental Property #2, Albuquerque, NM (2005, $611,855) | D | Rent | | | Sold | 08/06/20 | M | E | Avatar Recoveries, LLC |
| 7.   Trust #1 (Brokerage Account at Fidelity) (H) (Y) | | | | | | | | | |
| 8.   --Cash Management Account (Y) | | | | | | | | | |
| 9.   IRA #1 (Fidelity Brokerage Account) (H) | | | | | | | | | |
| 10.   --Vanguard Total Stock Market | E | Dividend | P1 | T | Buy (add'l) | 03/25/20 | J | | |
| 11. | | | | | Buy (add'l) | 03/26/20 | K | | |
| 12. | | | | | Buy (add'l) | 06/24/20 | J | | |
| 13. | | | | | Buy (add'l) | 09/24/20 | J | | |
| 14. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 15.   --Fidelity Cash Reserves | A | Interest | J | T | Buy (add'l) | 03/16/20 | J | | |
| 16.   --Vanguard FTSE All World Ex US Ind Inv | D | Dividend | O | T | Buy (add'l) | 03/22/20 | J | | |
| 17. | | | | | Buy (add'l) | 06/19/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Browning, James O.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Buy (add'l) | 09/18/20 | J | | |
| 19. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 20. --AKRE Focus Fund | | None | O | T | | | | | |
| 21. --Vanguard Small Cap Index Fund | D | Dividend | N | T | Buy (add'l) | 03/09/20 | J | | |
| 22. | | | | | Buy (add'l) | 06/24/20 | J | | |
| 23. | | | | | Buy (add'l) | 09/24/20 | J | | |
| 24. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 25. IRA #2 (Fidelity Brokerage Account) (H) (Y) | | | | | | | | | |
| 26. --Vanguard Total Stock Market (Y) | | | | | | | | | |
| 27. --Fidelity Cash Reserves (Y) | | | | | | | | | |
| 28. --Vanguard FTSE All World Ex US Ind Inv (Y) | | | | | | | | | |
| 29. Checking Account - Wells Fargo Bank | | None | J | T | | | | | |
| 30. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part IV. Reimbursements - Line 1: Judge Browning presided over university law school Moot Court Competitions in October 2018. Request for reimbursement of travel and related expenses was not made until calendar year 2019 and was paid during the year 2020.

Part IV. Reimbursements - Line 2: Judge Browning participated in the Third Annual Consent Decree Conference in Fort Worth, TX in October 2019. Request for reimbursement of travel and related expenses were submitted but the reimbursement has not been received as of the date of this report.

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O. | 05/11/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James O. Browning**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544